UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYLER PHILLIPS,

                              Plaintiff,

          -against-

MATTRESS FIRM; KIA WILLIAMS.,

                              Defendants.

25 CIVIL 005027 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the May 22, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

          SO ORDERED.

Dated:    May 22, 2026
          New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                              Chief United States District Judge